UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOV 1 5 2012

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PABLO MARINTEZ-GRIJALVA (1),

        Defendant.

CASE NO. **12CR4162-JLS**

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 9, 2012

Janis L. Sammartino
U.S. District Judge